# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| OHIO RIVER VALLEY ASSOCIATES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PST SERVICES, INC., )<br>)<br>Defendant. ) | Case No. 3:17-cv-628-GNS |

## DEFENDANT PST SERVICES, LLC'S
## MOTION TO CONDUCT LIMITED DISCOVERY RELEVANT TO
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendant, PST Services, LLC ("PST" or Defendant), incorrectly named in the Complaint as PST Services, Inc., by its undersigned Counsel, respectfully moves the Court to allow limited discovery from the Plaintiff, Ohio River Valley Associates, LLC ("ORVA" or "Plaintiff"), to the extent the Court concludes that there is any issue as to whether ORVA in fact signed Addendum #1 (and therefore the MSA). If the Court believes that a factual question exists in this regard, PST requests discovery relevant to Plaintiff's Motion for Preliminary Injunction, as to the corporate role of Dr. Thomas E. Neff at One Management Services Company, LLC at the time he signed the MSO Addendum #1 as "Chairman, ORVA" and on the question of whether Plaintiff is a signatory to the MSA.

WHEREFORE, in view of the foregoing, and based on the authorities set forth in the incorporated Brief in Support, Defendant respectfully asks the Court to grant this Motion to Conduct Limited Discovery. A Proposed Order is filed this same date.

Respectfully submitted, this 3rd day of November, 2017.

        WYATT, TARRANT & COMBS, LLP

        */s/* Donald J. Kelly
        Donald J. Kelly
        500 West Jefferson Street
        Suite 200
        Louisville, KY 40202
        (502) 562-7327 (telephone)
        (502) 589-0309 (facsimile)
        dkelly@wyattfirm.com

        KING & SPALDING LLP
        James W. Boswell
        Georgia Bar No. 069838
        (*Pro hac vice* motion forthcoming)
        Stephen P. Cummings
        Georgia Bar No. 186015
        (*Pro hac vice* motion forthcoming)
        Lauren Gennett
        Georgia Bar No. 289711
        (*Pro hac vice* motion forthcoming)
        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309-3521
        (404) 572-4600 (telephone)
        (404) 572-5100 (facsimile)

        *Counsel for Defendant*
        *PST Services, LLC*

## **CERTIFICATE OF SERVICE**

      This is to certify that on November 3, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will effect service on the following:

Clark C. Johnson
cjohnson@stites.com
Carolyn Purcell
cpurcell@stites.com
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
*Counsel for Plaintiff*

                                                  /s/ Donald J. Kelly
                                                  ***One of Counsel for Defendant***

61684107.1